Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

Hammond Division

APR 14 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

|  |  |  |
|---|---|---|
| Twianna Johnson | ) | Case No. **2:20 CV 153** |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | |
| **-v-** | ) ) | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| Ford Motor Company, James V. Shaugnessey, Daniel Schultz,    Kevin Hassellof, Jeffrey Slone,    Daniel Allen, | ) ) ) ) ) ) | |
| *Defendant(s)* | ) ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Twianna Johnson |
| Street Address | 6831 Grand Avenue |
| City and County | Hammond    Lake |
| State and Zip Code | Indiana    46323 |
| Telephone Number | 219-805-0676 |
| E-mail Address | twiannajohnson@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ford Motor Company Headquarters, |
| Job or Title *(if known)* | Owner |
| Street Address | 1 American Road |
| City and County | Dearborn    Wayne |
| State and Zip Code | Michigan    48126 |
| Telephone Number | 866-865-3666 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Daniel Schultz, |
| Job or Title *(if known)* | Dealership General Manager |
| Street Address | Webb Ford, 9809 Indianapolis Blvd |
| City and County | Highland    Lake |
| State and Zip Code | Indiana    46322 |
| Telephone Number | 219-924-3400 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Daniel Allen |
| Job or Title *(if known)* | Finance Manager |
| Street Address | Webb Ford, 9809 Indianapolis Blvd |
| City and County | Highland    Lake |
| State and Zip Code | Indiana    46322 |
| Telephone Number | 219-924-3400 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | James V. Shaugnessey |
| Job or Title *(if known)* | Service Manager |
| Street Address | Webb Ford, 9809 Indianapolis Blvd |
| City and County | Highland    Lake |
| State and Zip Code | Indianapolis 46322 |
| Telephone Number | 219-924-3400 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* .................................................

## II.   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Indiana Lemon Law, Code Sec. 24-5-13

### B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)*                                        , is a citizen of the State of *(name)*                          .

b.     If the plaintiff is a corporation

The plaintiff, *(name)*                                        , is incorporated under the laws of the State of *(name)*                          .

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)*    Daniel Schultz                                  , is a citizen of
the State of *(name)*    Indiana                                          . Or is a citizen of
*(foreign nation)*                                                        .

b.    If the defendant is a corporation

The defendant, *(name)*    Ford Motor Company                            , is incorporated under
the laws of the State of *(name)*    Indiana                             , and has its
principal place of business in the State of *(name)*    Dearborn, Michigan        .
Or is incorporated under the laws of *(foreign nation)*                          ,
and has its principal place of business in *(name)*                              .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Because the defendants has violated the plaintiff's rights to a safe and undefective vehicle,
which render the motor vehicle nonconforming to the warranty.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

THE STATEMENT OF CLAIMS:

Comes now the Plaintiff, Twianna Johnson, brings this Civil Action against the above named Defendants, who is in direct violation of the Indiana Lemon Law Code Sec. 24-5-13, Standards of the Indiana Lemon Law, and do set forth the following statement of facts in support thereof, under the penalty of prejury:

1.) On April 5, 2018 Thursday at about 9:30pm, I Twianna Johnson, purchased a new Ford 2018, (SUV) Explorer, Eco Boost, Vin# 1FM5K8GTXJGA65019 for $51,527.00, at the Webb Ford dealership located on 9809 Indianapolis Blvd, Highland, Indiana, (219) 924-3400, from Senior Salesperson, Kevin Hassellof, which had 135 miles.    (Please see enclosed exhibit A)

2.) Because of the late evening, Kevin Hassellof asked me, if he could go over all the features and new technology when I come back to pick up the new sales paperwork, I agreed.

3.) On April 6, 2018, I called Kevin, to let him know that the truck did not have the features that were promised and told to me when I picked it up the night before. Then kevin asked what specific features was I referring to. Kevin then agreed to check and see if Ford could add those features to the truck. I also mentioned again the fact that I knew very little about the current features, and asked if he could go over them with me. He suggested that I wait until my paperwork came back.

4.) On April 18, 2018, I texted Kevin to asked about the side mirrors that I was told would be on this truck and asked again if he could go over the technology and features. No reply was afforded me.

5.) On April 19, 2018, I texted Kevin, again, the same message as before – again no reply.

6.) On April 20, 2018, I called Kevin, directly on his phone, left a message to call me back because I was having trouble with the truck's features. No response, answer nor return call.

7.) On April 23, 2018, I called Kevin again, no response, left message again, No response.

8.) On April 24, 2018, I went back to the dealership to pick up my paperwork, and to try and catch Kevin, to go over my features, at which time I was told by Daniel Allen, that Kevin, was out recovering from open heart surgery. I then express to Daniel Allen, that none of what I was promised on the vehicle was actually on it, and that the truck really smokes bad. Daniel Allen response was "sorry Ms. Johnson, I work in financing, I don't know what to tell you."

9.) On May 21, 2018, I called Kevin, to let him know that one of my tires had blown out and to ask him if they were covered for repairs, and or replacement by Ford. He replied "No, but I can get you a quote on a new tire from Ford."    (Please see enclosed Exhibit B)

10.) On May 26, 2018, I called Ford's service department and spoke with Steven, and explained to him what had happened. He stated, "that the extra smoke was from the Eco Boost System."

11.) On July 6, 2018, I took my truck back to Ford because of the loose seat on the driver side and the smoking had increased; after being pulled over and given a warning by the Griffith Police Department, Ford Service Department stated that there was no problem founded.

12.) On September 5, 2018, I took the truck back to Ford. No issues found.

## CON'T STATEMENT OF CLAIM:

13.) On November 8, 2018, I contacted Ford Customer Care Team.    (Please see enclosed Exhibit C)

14.) On November 9, 2018, I took the truck back to Ford reached back out to Jeffrey Slone, because of wrong information given to him from Ford.  Problems with the loaner vehicle.

15.) On November 14, 2018, I initiated a follow up with Jeffrey Slone, Ford Customer Care to make him aware that I had not been contacted by Ford.

16.) On November 14, 2018, I got a reply from Jeffrey Slone, via email explaining the issues, I replied back to his questions of did anyone at Ford reach out to me.  I responded back, "No" VIA email. (Please see enclosed Exhibit D)

17.) On November 14, 2018, I responded again to Jeffrey Slone, "No I have not gotten a call from Ford Service Department."

18.) On November 14, 2018, while preparing to leave work, I remote started my truck, about 10 minutes later, I got a knock at the back door where my truck was parked, it was one of the homeowners that lives across the alley, he said "it looks like your truck was on fire", and wanted to know if I had called the fire department yet." He asked me to step outside and take a glance down the alley.  I did, the alley was filled with smoke a quarter mile up. (Please see enclosed Exhibit E)

19.) On November 19, 2018, Jeffrey Slone, responded back with wrong explaination.

20.) On November 19, 2018, I made Jeffrey Slone, aware of the economy size car, was not suitable for my stature.

21.) On November 21, 2018, Jeffrey Slone, responded and promised to follow up with the repairs needed.

22.) On December 21, 2018, Jeffrey Slone, finally follows up with a duplicate response as the service team, "No problems found."

23.) On January 21, 2020, I took the truck back to Ford to be check and corrected for *rolling forward while in reverse on an incline, *malfunctioning sync display, *drivers side seat no longer heating, *I took recording of the truck exhibiting the truck rolling forward while in reverse, showed it to Tim and Steve, in the service department, they viewed the video and saw for themselves my truck rolling forward while being shifted into reverse.

24.) On January 23, 2020, I was advised to bring the rental back and pick up my truck, and told that there was a software update needed for sync system, I was also; told that the seat had not been repaired due to the part needing to be ordered and finally told that the transmission pasted all it's diagnostic testing.  Therefore, there was no repairs done to prevent my truck from rolling forward in reverse.

25.) On February 10, 2020, I reached back out to Jeffrey Slone.

26.) On February 11, 2020, Jeffrey Slone, responded VIA email to inform me that he is now in a different department in Ford, and gave me contact information for the correct person to contact.

27.) On February 12, 2020, I received a phone call from Corri Embry, Customer Service Manager Ford CX Team.

28.) On February 27, 2020, I , requested to be put into a safe and reliable vehicle, and was denied, after numerous correspondence, and numerous attempts to fix the issues.

29.) On January 21, 2020 I made a verbal face to face contact with James V. Shaugnessey, requesting all of my service repairs.

30.) On January 24, 2020 I made a second request to Steven Burke, at the Webb Ford Dealership.

31.) On February 23, 2020 I received a service report via email with detailed accurate information of only one service repair report.

32.) On March 20, 2020  I made a third request via email, which I did not receive no reply.
(Please see enclosed Exhibit Gs)

33.) On March 20, 2020 I received email from Dan Schultz acknowledging the same

34.) On March 23, 2020 I mentioned reports in email to Dan Schultz.

35.) On March 24, 2020 I made a fourth request.

36.) On March 24, 2020 I received falsified altered emailed repair reports of three service jobs not seven from Dan Schultz & was told to have my attorney make any further requests once I explained the reports was wrong.

The above named defendants, are all in direct violation of the Indiana Lemon Law, Code Sec. 24-5-13, causing me to suffer mental anguish, physically aggravating my lower back and sciatic nerve pain, and costing me a great deal of time off my job along with fearing to operate this unsafe vehicle.

Therefore, the Plaintiff have no other means of recourse but to request from this Court, proper relief entitle.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1.) Award compensatory damages of $65,000.00 or award the Plaintiff, with a new vehicle of the same value, make, and model, (bells & whistles) without any further payments/finance charges, and registration fees and excise taxes.

2.) Award Punitive Damages in the amount of $250,000.00 for my pain & suffering, also to act as a deterrant to Ford Motors Company knowingly producing, and selling the public lemon vehicles, endangering lives, and the safety of its customers, and the public.

3.) Grant rights to a trial by jury, on all issues triable, under rule #38.

4.) Reserve all rights to amend complaint.

5.) Grant all fees, and Court costs payed by defendants.

6.) Grant all other relief that this Court may deem just and proper in this civil cause.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          03/24/2020

Signature of Plaintiff

Printed Name of Plaintiff      Twianna Johnson

### B.    **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**Attention Clerk,**



**As per your instructions, below is an explanation of events occurring with the filing of this suit.**

**On March 25, 2020 at 4:20 pm I sent certified mail, the enclosed documents for filing.  On March 27, 2020 an attempt to deliver was made, but to no avail due to precautions taken for the corona virus.**

**I called the clerks office and was told to resend the documents by regular mail and to include all supporting documentation.**

**Please find all required documents enclosed.**

**Twianna Johnson**

**219-805-0676**

# USPS Tracking®

**FAQs >**

## Track Another Package +

Remove ✕

**Tracking Number:** 70121010000175801271

We attempted to deliver your package at 8:05 am on March 27, 2020 in HAMMOND, IN 46320 but could not access the delivery location. We will redeliver on the next business day.



## Alert

March 27, 2020 at 8:05 am
Delivery Attempted - No Access to Delivery Location
HAMMOND, IN 46320

Feedback

---

### Text & Email Updates                                                              ⌄

---

### Tracking History                                                                    ⌃

**March 27, 2020, 8:05 am**
Delivery Attempted - No Access to Delivery Location
HAMMOND, IN 46320
We attempted to deliver your package at 8:05 am on March 27, 2020 in HAMMOND, IN 46320 but could not access the delivery location. We will redeliver on the next business day.

**March 27, 2020, 6:11 am**
Arrived at Unit
HAMMOND, IN 46320

**March 26, 2020**
In Transit to Next Facility

**March 25, 2020, 9:00 pm**
Arrived at USPS Regional Facility
GARY IN DISTRIBUTION CENTER

**March 25, 2020, 4:19 pm**
USPS in possession of item
HAMMOND, IN 46323

**Product Information**                                                              ∧

Feedback

| **Postal Product:** First-Class Mail® | **Features:** Certified Mail™ | **See tracking for related item: 9590940243568190675871** (/go/TrackConfirmAction?tLabels=9590940243568190675871) |

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

USDC IN/ND case 2:20-cv-00153-TLS-JPK     document 1     filed 04/14/20     page 14 of 23

**FAQs**

Feedback

# USPS Tracking®

**FAQs ›**

## Track Another Package ✛

Remove ✕

**Tracking Number:** 9590940243568190675871

Your package is on its way to a USPS facility. Sign up to **get updates**, and we'll send you a delivery date and time when available.

Feedback

## Pre-Shipment

March 25, 2020 at 4:19 pm
Return Receipt Associated

**Get Updates** ⌄

---

**Text & Email Updates**                                              ⌄ 

---

**Tracking History**                                                  ⌃ 

**March 25, 2020, 4:19 pm**
Return Receipt Associated
The U.S. Postal Service has received electronic notification on March 25, 2020 at 4:19 pm that you have associated a return receipt to your item.

---

**Product Information**                                               ⌃ 

USPS.com® - USPS Tracking® Results

| | | |
|---|---|---|
| **Postal Product:** | **Features:** | **See tracking for related item: 70121010000175801271** |
| First-Class Mail® | Return Receipt USPS Tracking® | **(/go/TrackConfirmAction?tLabels=70121010000175801271)** |

**See Less ∧**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

6530 KENNEDY AVE
HAMMOND, IN 46323-9998
(800)275-8777
03/25/2020 04:20 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | $2.80 | $2.80 |

(Domestic)
(HAMMOND, IN 46320)
(Weight:0 Lb 9.90 0z)
(Estimated Delivery Date)
(Friday 03/27/2020)

| | | | |
|---|---|---|---|
| Certified | | | $3.55 |

(USPS Certified Mail #)
(70121010000175801271)

| | | | |
|---|---|---|---|
| Return Receipt | | | $2.85 |

(USPS Return Receipt #)
(9590940243568190675871)

| | | | |
|---|---|---|---|
| Total: | | | $9.20 |

| | | |
|---|---|---|
| Cash | | $10.00 |
| Change | | ($0.80) |

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5460-0142-001-00025-14472-02

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS

Receipt #: 840-54600142-1-2514472-2
Clerk: 04

7012 1010 0001 7580 1271

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | $3.55 |
| Return Receipt Fee (Endorsement Required) | $2.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $9.20 |

$2.80
$0.00
$0.00
$0.00

Postmark
Here

03/25/2020

0323
04

United States District Court
5400 Federal Plaza Ste.
Hammond IN 46302

PS Form 3800, August 2006          See Reverse for Instructions

# USPS Tracking®

**FAQs >**

## Track Another Package +

Remove ✕

**Tracking Number:** 70121010000175801271

We attempted to deliver your package at 8:05 am on March 27, 2020 in HAMMOND, IN 46320 but could not access the delivery location. We will redeliver on the next business day.




Feedback

## Alert

March 27, 2020 at 8:05 am
Delivery Attempted - No Access to Delivery Location
HAMMOND, IN 46320

---

### Text & Email Updates                                          ⌄

---

### Tracking History                                              ⌃

**March 27, 2020, 8:05 am**
Delivery Attempted - No Access to Delivery Location
HAMMOND, IN 46320
We attempted to deliver your package at 8:05 am on March 27, 2020 in HAMMOND, IN 46320 but could not access the delivery location. We will redeliver on the next business day.

**March 27, 2020, 6:11 am**
Arrived at Unit
HAMMOND, IN 46320

**March 26, 2020**
In Transit to Next Facility

**March 25, 2020, 9:00 pm**
Arrived at USPS Regional Facility
GARY IN DISTRIBUTION CENTER

**March 25, 2020, 4:19 pm**
USPS in possession of item
HAMMOND, IN 46323

**Product Information**                                                            ⌃

Feedback

| **Postal Product:** First-Class Mail® | **Features:** Certified Mail™ | **See tracking for related item: 9590940243568190675871 (/go/TrackConfirmAction? tLabels=9590940243568190675871)** |

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

USDC IN/ND case 2:20-cv-00153-TLS-JPK    document 1    filed 04/14/20    page 21 of 23

# USPS Tracking®

**FAQs ›**

## Track Another Package ➕

Remove ✕

**Tracking Number:** 9590940243568190675871

Your package is on its way to a USPS facility. Sign up to **get updates**, and we'll send you a delivery date and time when available.

## Pre-Shipment

March 25, 2020 at 4:19 pm
Return Receipt Associated

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**March 25, 2020, 4:19 pm**
Return Receipt Associated
The U.S. Postal Service has received electronic notification on March 25, 2020 at 4:19 pm that you have associated a return receipt to your item.

---

**Product Information** ⌃

| | | |
|---|---|---|
| **Postal Product:** First-Class Mail® | **Features:** Return Receipt USPS Tracking® | **See tracking for related item: 70121010000175801271** (/go/TrackConfirmAction?tLabels=70121010000175801271) |

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback



Juranna Johnson
6831 Grand Avenue
Hammond Indiana 46323

Clerk of the Court:
United States District Court
Northern District of Indiana
5400 Federal Plaza Ste 2300
Hammond, Indiana 46320

U.S. POSTAGE PAID
HAMMOND, IN
46323
MAR 25 20
AMOUNT
$9.20
R2303S102791-0

CERTIFIED MAIL

7012 1010 0001 7580 1271